No. 01–8601. MAYBERRY *v.* BURGHUIS. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–8793. GIBBS *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2298. IN RE DISCIPLINE OF WEISS. Jeffrey Steven Weiss, of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2299. IN RE DISCIPLINE OF GAVLICK. Jean Gilroy Gavlick, of Wyomissing, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 01M48. MATNEY *v.* BATTLES, WARDEN; and

No. 01M50. BUELL *v.* MITCHELL, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01M49. KEARSE *v.* BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 01–1179. BANK OF AMERICA, N. A., INDIVIDUALLY, AND AS SUCCESSOR TO SECURITY PACIFIC NATIONAL BANK *v.* ABRAHAM ET AL.; and

No. 01–1187. NORCAL WASTE SYSTEMS, INC., ET AL. *v.* ABRAHAM ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.